# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-3972

———————————————

JERMAINE GODBOLT,

 Petitioner,

v.

STATE OF FLORIDA,

 Respondent.

———————————————

Petition for Belated Appeal—Original Jurisdiction.

January 28, 2019

PER CURIAM.

 The petition for belated appeal is denied on the merits.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jermaine Godbolt, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.